John T. McMichael, Plaintiff in Error, vs. Joseph Rosenheim and Solomon Binswanger, partners doing business under the firm name of Joseph Rosenheim & Co., Defendants in Error.

Writ of error to Circuit Court, Pasco county; Barron Phillips, Judge.

Henderson & Raney and E. P. Allen, for Plaintiff in Error.

No appearance for Defendants in Error.

This action was brought by the defendants in error

against the plaintiff in error.  There was judgment for the plaintiffs, and the defendant takes writ of error.

Writ of error dismissed for failure to prosecute.